# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **WILLIAM LEE ANDERSON, II,** | )<br>) |
| Petitioner, | ) Case No. 7:24CV00017<br>) |
| v. | ) **OPINION**<br>) |
| **WARDEN MIKE SEVILLE,** | ) JUDGE JAMES P. JONES<br>) |
| Respondent. | ) |

*William Lee Anderson, II, Pro Se Petitioner.*

The petitioner, proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2009 convictions in Washington County, Virginia, Circuit Court for bank robbery and obstruction of justice.[1]  I find the petition to be successive and dismiss it pursuant to 28 U.S.C. § 2244(b).[2]

---

[1] Because Anderson challenges state court convictions from a state court, the Clerk docketed his filings as a § 2254 petition.  His submissions include a form motion under 28 U.S.C. § 2255, which is a legal remedy designated for inmates challenging criminal judgments imposed by a federal court.  Anderson's belief that he could use a § 2255 motion to obtain records from a Virginia state court has no basis in fact or law.  Therefore, the Clerk has docketed his § 2255 motion only as an attachment to the § 2254 petition.

[2] Under Rule 4(b) of the Rules Governing § 2254 Cases, the court may summarily dismiss a § 2254 petition when it plainly appears from the petitioner's submissions that he is not entitled to relief.

This court may consider a second or successive § 2254 petition only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. 28 U.S.C. § 2244(b). The petitioner previously filed a § 2254 petition concerning this same conviction and sentence. *Anderson v. Dir. of Dep't of Corr.*, No. 7:12CV00323 (W.D. Va. Aug. 8, 2012) (dismissing § 2254 petition as untimely filed), *appeal dismissed*, 502 F. App'x 261 (4th Cir. 2012) (unpublished). Because the petitioner offers no indication that he has obtained certification from the court of appeals to file a second or successive § 2254 petition, I must dismiss his current action without prejudice.

A separate Final Order will be entered herewith.

DATED:   January 10, 2024

/s/  JAMES P. JONES
Senior United States District Judge